**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| KYLA BAILEY, | : |
|     Plaintiff, | : Case No. 2:21-cv-04068-SDM-EPD |
| v. | : Judge Sarah D. Morrison |
| UNITED PARCEL SERVICE INC., | : Magistrate Judge Elizabeth Preston Deavers |
|     Defendants. | : |

**STIPULATED DISMISSAL WITH PREJUDICE**

By stipulation of the undersigned Parties, it is hereby agreed that this action be dismissed with prejudice against Defendant United Parcel Service, Inc. Each party shall bear its own attorneys' fees and costs. The Court retains jurisdiction as necessary to enforce terms of settlement.

Dated this 18th day of May, 2022

AGREED:

/s/ *Chris P. Wido*
Chris Wido (0090441)
The Spitz Law Firm, LLC
25200 Chagrin Boulevard, Suite 200
Beachwood, Ohio 44122
Telephone: (216) 291-4744
Facsimile: (216) 291-5744
E-mail: chris.wido@spitzlawfirm.com

*Attorney for Plaintiff*

/s/ *Allison L. Goico*
Allison L. Goico (0088777)
Zachary J. Weber (0097997)
Dinsmore & Shohl LLP
255 E. Fifth Street, Suite 1900
Cincinnati, Ohio 45202
Telephone: 513.977.8200
Facsimile: 513.977.8141
E-mail: allison.goico@dinsmore.com
       zachary.weber@dinsmore.com

*Attorneys for Defendants*